**Mander SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**Nos. 04–71347, 04–73913.**

United States Court of Appeals, Ninth Circuit.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 16, 2007.*

Filed April 27, 2007.

Martin Resendez Guajardo, Esq., Law Office of Martin Resendez Guajardo, A Professional Corporation, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GRABER, CLIFTON and BEA, Circuit Judges.

### MEMORANDUM **

Mander Singh, native and citizen of India, seeks review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider the BIA's order upholding an immigration judge's order of removal and the BIA's order denying a subsequent motion to reconsider. We review for abuse of discretion the denial of a motion to reconsider. *See Oh v. Gonzales,* 406 F.3d 611, 612 (9th Cir.2005). We deny the petitions for review.

The BIA was within its discretion in denying Singh's first motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision affirming the IJ's order. *See* 8 C.F.R. § 1003.2(b)(1); *Socop–Gonzalez v. INS,* 272 F.3d 1176, 1180 n. 2 (9th Cir. 2001) (en banc). The BIA did not abuse

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

its discretion when it denied Singh's second motion to reconsider as numerically barred. 8 U.S.C. § 1229a(c)(6)(A).

### PETITION FOR REVIEW DENIED.